**Order filed October 8, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00487-CV
_____

**RACHEL JACO, Appellant**

**V.**

**MAXINE TRAYLOR, Appellee**

---

**On Appeal from the County Court at Law No 2**
**Galveston County, Texas**
**Trial Court Cause No. CV-0087007**

---

## O R D E R

Appellant's brief was due September 7, 2020. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **November 9, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Bourliot.